UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Chapter 13 |
|---|---|
| Julia Ann Albert, Debtor | Bankruptcy No. 23-bk-12939 |

## ORDER

AND NOW, this 11th day of October, 2023, upon consideration of the Debtor's Application for Extension of Time to File Schedules and related documents, and it appearing that good cause for granting an extension of time has been shown,

IT IS HEREBY ORDERED that the Debtors are granted an extension of time, to October 23, 2023, in order to file the schedules and the statements required to be filed by National Bankruptcy Rule 1007.

Dated: 10/11/23

BY THE COURT

*Patricia M. Mayer*
United States Bankruptcy Judge
Hon. Patricia M. Mayer