*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Julia Ann Albert<br><br>   Debtor(s). | Case No. 23–12939–pmm<br><br>Chapter: 13 |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated September 29, 2023, this case is hereby DISMISSED.

**Date: October 26, 2023**

Patricia M. Mayer
Judge, United States Bankruptcy Court

Missing Documents:
Attorney Disclosure Statement
Ch 13 Statement of your current monthly income & calculation of commitment period form 122C–1
Means Test Calculation form 122C–2
Ch 13 plan
Schedules AB–J
Statement of affairs
Summary of assets & liabilities