# UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| JULIA ALBERT | : | |
| Debtor | : | Case No.:  23-12939 |
| | : | |

## **CERTIFICATION OF NO RESPONSE**

AND NOW, this 27th day of November, 2023, Jason M. Rapa, Esquire, of Rapa Law Office, P.C., attorney for the above-captioned Debtor, herby certifies that no response was filed or served on her with respect to the Notice dated November 1, 2023 of the filing of the Motion to Reinstate Case.

Dated:  11/27/2023                                                        Rapa Law Office, P.C.

 

By:     /s/ Jason M. Rapa, Esquire
Jason M. Rapa, Esquire
Attorney ID 89419
141 South 1st Street
Lehighton, PA 18235
(610) 377-7730 phone
(610) 377-7731 fax