# UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  :
    Julia Ann Albert,  :  Chapter 13
        Debtor  :  Case No: 23-12939

## ORDER

**AND NOW,** this _____ day of _____, 2023, upon motion of Debtors, it is hereby **ORDERED** and **DECREED** that the above-captioned case be reinstated with all claim deadlines extended by seven (7) days.

BY THE COURT:

_____