# UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
    Julia Ann Albert, : Chapter 13
        Debtor : Case No: 23-12939

## ORDER

**AND NOW,** this <u>1st</u> day of <u>December</u>, 2023, upon motion of Debtors, it is hereby **ORDERED** and **DECREED** that the above-captioned case be reinstated with all claim deadlines extended by seven (7) days.

BY THE COURT:

*/s/ Patricia M. Mayer/*

Hon. Patricia M. Mayer
United States Bankruptcy Judge