United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Julia Ann Albert  
    Debtor

Case No. 23-12939-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Dec 01, 2023      Form ID: pdf900      Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Julia Ann Albert, 906 Oak St., Coplay, PA 18037-1717 |
| 14818776 | + | CCB Credit Services, 50 NW POINT BLVD, Elk Grove VLG, IL 60007-1032 |
| 14821799 | + | PNC Bank National Association, C/O Michael Farrington, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 02 2023 00:53:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 02 2023 00:53:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: bnc@atlasacq.com | Dec 02 2023 00:53:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 02 2023 01:20:49 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14830719 | | Email/Text: bnc@atlasacq.com | Dec 02 2023 00:53:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14820063 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 02 2023 01:03:34 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14818774 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 02 2023 00:53:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 14818775 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 02 2023 01:20:46 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14818777 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 02 2023 01:04:59 | JPMCB Card Services, 301 Walnut St. Floor 09, Wilmington, DE 19801 |
| 14818778 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 02 2023 00:53:00 | PNC Bank, 3232 Nemark Dr., Miamisburg, OH 45342 |
| 14821405 | ^ | MEBN | Dec 02 2023 00:37:19 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14818779 | ^ | MEBN | Dec 02 2023 00:37:12 | UHG I LLC, 6400 Sheridan Dr., Suite 138, Buffalo, NY 14221-4842 |
| 14818780 | + | Email/Text: LCI@upstart.com | Dec 02 2023 00:53:00 | Upstart Network INC, 2950 S. Delaware St., Ste. 3, San Mateo, CA 94403-2580 |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 01, 2023 | Form ID: pdf900 | Total Noticed: 18 |

| 14822523 | | ^ | MEBN | | Dec 02 2023 00:37:18 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14818781 | | + | Email/Text: PHILAW@weltman.com | | Dec 02 2023 00:53:00 | Weltman, Weinberg & Reis Co, LPA, 170 S. Independence Mall West, Suite 874, Attn: Attn: Andrew P. Condiles, ESQ, Philadelphia, PA 19106-3334 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14833823 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2023          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JASON M. RAPA | on behalf of Debtor Julia Ann Albert jrapa@rapalegal.com secretary@rapalegal.com;jheffelfinger@rapalegal.com;rapa.jasonr115952@notify.bestcase.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  :
    Julia Ann Albert,  :  Chapter 13
        Debtor  :  Case No: 23-12939

## ORDER

**AND NOW,** this <u>1st</u> day of <u>December</u>, 2023, upon motion of Debtors, it is hereby **ORDERED** and **DECREED** that the above-captioned case be reinstated with all claim deadlines extended by seven (7) days.

BY THE COURT:

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge