IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  JULIA ANN ALBERT,              :  Bankruptcy No. 23-12939-PMM
           Debtor(s)              :  Chapter 13

## **PRAECIPE**

Please withdraw Document # 15, Standing Chapter 13 Trustee's Final Report. This case has been reopened.

Respectfully submitted,

Date:  December 4, 2023              */s Scott F. Waterman*
                                           Scott F. Waterman
                                           Standing Chapter 13 Trustee
                                           (610) 779-1313