United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12939-pmm |
| Julia Ann Albert | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: May 30, 2024 | Form ID: 155 | Total Noticed: 16 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Julia Ann Albert, 906 Oak St., Coplay, PA 18037-1717 |
| 14818776 | + | CCB Credit Services, 50 NW POINT BLVD, Elk Grove VLG, IL 60007-1032 |
| 14821799 | + | PNC Bank National Association, C/O Michael Farrington, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14830719 | | Email/Text: bnc@atlasacq.com | May 31 2024 00:31:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14820063 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 31 2024 00:44:25 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14852992 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 31 2024 01:07:20 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14818774 | + | Email/Text: ally@ebn.phinsolutions.com | May 31 2024 00:31:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 14818775 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2024 01:07:10 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14839082 | + | Email/PDF: ebn_ais@aisinfo.com | May 31 2024 00:44:36 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14818777 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 31 2024 00:28:48 | JPMCB Card Services, 301 Walnut St. Floor 09, Wilmington, DE 19801 |
| 14818778 | | Email/Text: Bankruptcy.Notices@pnc.com | May 31 2024 00:31:00 | PNC Bank, 3232 Nemark Dr., Miamisburg, OH 45342 |
| 14821405 | ^ | MEBN | May 31 2024 00:16:22 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14818779 | ^ | MEBN | May 31 2024 00:16:02 | UHG I LLC, 6400 Sheridan Dr., Suite 138, Buffalo, NY 14221-4842 |
| 14818780 | + | Email/Text: LCI@upstart.com | May 31 2024 00:31:00 | Upstart Network INC, 2950 S. Delaware St., Ste. 3, San Mateo, CA 94403-2577 |
| 14822523 | ^ | MEBN | May 31 2024 00:16:18 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14818781 | + | Email/Text: PHILAW@weltman.com | May 31 2024 00:32:00 | Weltman, Weinberg & Reis Co, LPA, 170 S. Independence Mall West, Suite 874, Attn: Attn: Andrew P. Condiles, ESQ, Philadelphia, PA |

District/off: 0313-4                                  User: admin                                       Page 2 of 2
Date Rcvd: May 30, 2024                              Form ID: 155                                   Total Noticed: 16

19106-3334

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14833823 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2024                     Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JASON M. RAPA | on behalf of Debtor Julia Ann Albert jrapa@rapalegal.com secretary@rapalegal.com;jheffelfinger@rapalegal.com;rapa.jasonr115952@notify.bestcase.com;reception@rapalegal.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Julia Ann Albert | ) | Case No. 23–12939–pmm |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## **ORDER CONFIRMING PLAN UNDER CHAPTER 13**

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: May 30, 2024

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court