| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 23-12939-PMM**

| | |
|---|---|
| Julia Ann Albert | Petition Filed Date: 09/28/2023 |
| 906 Oak St. | 341 Hearing Date: 01/23/2024 |
| Coplay  PA    18037 | Confirmation Date: 05/30/2024 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/03/2024 | $515.00 | | 10/01/2024 | $515.00 | | 10/29/2024 | $515.00 | |
| 12/03/2024 | $515.00 | | 01/06/2025 | $515.00 | | 02/03/2025 | $515.00 | |
| 03/03/2025 | $515.00 | | 04/01/2025 | $515.00 | | 05/02/2025 | $515.00 | |
| 06/04/2025 | $515.00 | | 07/07/2025 | $515.00 | | | | |

**Total Receipts for the Period: $5,665.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $11,330.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | UPSTART NETWORK INC<br>»»  001 | Unsecured Creditors | $1,902.18 | $609.27 | $1,292.91 |
| 2 | PNC BANK NA<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | UHG I LLC<br>»»  003 | Unsecured Creditors | $16,164.71 | $5,177.79 | $10,986.92 |
| 0 | JASON M RAPA ESQ | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»»  004 | Unsecured Creditors | $2,322.75 | $743.97 | $1,578.78 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»»  005 | Unsecured Creditors | $4,098.44 | $1,312.78 | $2,785.66 |
| 6 | ALLY FINANCIAL INC aka ALLY BANK<br>»»  006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CBNA/WAYFAIR | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | CCB CREDIT SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | JPMCB CARD SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-12939-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,330.00 | Current Monthly Payment: | $515.00 |
| Paid to Claims: | $10,343.81 | Arrearages: | ($1,030.00) |
| Paid to Trustee: | $986.19 | Total Plan Base: | $30,900.00 |
| Funds on Hand: | $0.00 | | |

### NOTES:

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.