Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Julia Ann Albert
906 Oak St.
Coplay, PA 18037

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-12939-PMM**

Petition Filed Date: 09/28/2023
341 Hearing Date: 01/23/2024
Confirmation Date: 05/30/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2025 | $515.00 | | 09/09/2025 | $515.00 | | 09/29/2025 | $515.00 | |
| 11/03/2025 | $515.00 | | 12/02/2025 | $515.00 | | 01/06/2026 | $515.00 | |
| 02/02/2026 | $515.00 | | 03/02/2026 | $515.00 | | 03/30/2026 | $515.00 | |
| 05/01/2026 | $515.00 | | 05/28/2026 | $515.00 | | 06/30/2026 | $515.00 | |
| 07/28/2026 | $515.00 | | | | | | | |

**Total Receipts for the Period: $6,695.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $18,025.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | UPSTART NETWORK INC<br>»» 001 | Unsecured Creditors | $1,902.18 | $1,054.11 | $848.07 |
| 2 | PNC BANK NA<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | UHG I LLC<br>»» 003 | Unsecured Creditors | $16,164.71 | $8,958.05 | $7,206.66 |
| 0 | JASON M RAPA ESQ | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $2,322.75 | $1,287.19 | $1,035.56 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»» 005 | Unsecured Creditors | $4,098.44 | $2,271.24 | $1,827.20 |
| 6 | ALLY FINANCIAL INC aka ALLY BANK<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CBNA/WAYFAIR | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | CCB CREDIT SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | JPMCB CARD SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-12939-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,025.00 | Current Monthly Payment: | $515.00 |
| Paid to Claims: | $16,070.59 | Arrearages: | ($1,545.00) |
| Paid to Trustee: | $1,479.06 | Total Plan Base: | $30,900.00 |
| Funds on Hand: | $475.35 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.